UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00361-RJC

| | |
|---|---|
| KAYLA PRAYTOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) <br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on Defendant's Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 11). Defendant seeks a judgment remanding this case for further administrative proceedings. Plaintiff's counsel has consented to Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for remand is **GRANTED** and the Commissioner's decision is **REVERSED** with a remand of the case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (Doc. No. 9), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: August 8, 2022

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge